UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROLAND GRAHAM,<br><br>                    Plaintiff,<br><br>         -against-<br><br>ALINA MORAN, et al.,<br><br>                    Defendants. | 21-CV-4053 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued June 17, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice to the pending action under case number 21-CV-3973 (LTS). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   June 17, 2021
             New York, New York

                                                            /s/ Laura Taylor Swain
                                                            LAURA TAYLOR SWAIN
                                                            Chief United States District Judge